USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1912 PICKER INTERNATIONAL, INC., Plaintiff - Appellee, v. BRUCE LEAVITT AND THOMAS J. QUINN, Defendants - Appellants. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Lynch, Circuit Judges. ______________ _____________________ William H. West, with whom Stokes & Bartholomew, P.A., _________________ ____________________________ Richard C. Heidlage and Heidlage & Reece, P.C. were on brief for ____________________ ______________________ appellants. James L. Messenger, with whom James S. Dittmar, Mark D. ____________________ _________________ _______ Robins and Hutchins, Wheeler & Dittmar were on brief for ______ ______________________________ appellee. ____________________ August 26, 1996 ____________________ Per Curiam. After a complete and careful evaluation of Per Curiam. __________ the record in light of the positions raised in the parties' briefs and at oral argument, we affirm the district court's decision on substantially the same basis as that elucidated in the district court's opinion. Picker Internat'l Corp. v. Imaging _______________________ _______ Equipment Services, Inc., ___ F. Supp. ___, 1995 WL 464918 (D. _________________________ Mass. 1995). Affirmed. Affirmed ________ -2-